| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | UNITED STATES DISTRICT COURT |
| 10 | NORTHERN DISTRICT OF CALIFORNIA |
| 11 | |
| 12 | CHARLOTTE LAVENDER FONUA, — Case No. C 09-00497 SI |
| 13 | Plaintiff, |
| 14 | v. — **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| 15 | FIRST ALLIED FUNDING, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY, N.A., THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-21, and Does 1 through 50, inclusive, |
| 19 | Defendants. |
| 20 | |

Good cause appearing, the Court GRANTS Defendants THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-21; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; and COUNTRYWIDE HOME LOANS, INC.'s (collectively "Defendants") Request to Reschedule the Case Management Conference scheduled for May 15, 2009 pending resolution of Defendants' Motion to Dismiss Plaintiff Charlotte Lavender Fonua's First Amended Complaint, which is scheduled for hearing on Friday, June 5,

1 | 2009, at 9:00 a.m.
2 |     IT IS ORDERED THAT Defendants' Request to Reschedule Case Management
3 | Conference is granted, and the Court will reschedule the Case Management Conference, as
4 | appropriate, after resolution of Defendants' Motion to Dismiss Plaintiff's First Amended
5 | Complaint.
6 |
7 | Dated: _____      _____
8 |                     The Honorable Susan Illston,
                    United States District Judge
9 |                     United States District Court
                    Northern District of California
10 |
11 |     The case management conference is continued to 8/7/09 @ 2:30 p.m.

SF01DOCS\11701.1

2

**[PROPOSED] ORDER – CASE NO. C 09-00497 SI**

Submitted by:

James Goldberg, Esq.
David N. de Ruig, Esq.
**BRYAN CAVE LLP**

By: /s/ James Goldberg
     James Goldberg
Attorneys for Defendants THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-21, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST COMPANY, N.A., AND COUNTRYWIDE HOME LOANS, INC.