1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   CHARLOTTE LAVENDER FONUA,              No. C 09-497 SI

9              Plaintiff,                  **ORDER TO SHOW CAUSE WHY CASE**
                                           **SHOULD NOT BE REMANDED TO**
10      v.                                 **STATE COURT**

11  FIRST ALLIED FUNDING, *et al.*,

12              Defendants.
                                        /
13

14

15        On February 4, 2009, defendants removed this case from state court based on federal question

16  jurisdiction because the complaint alleged federal and state claims.  In response to the Court's March

17  27, 2009 order granting defendants' motions to dismiss the complaint, plaintiff filed a first amended

18  complaint alleging only state law claims.  The first amended complaint, filed *pro se*, states "[t]here is

19  no jurisdictional basis for this first amended complaint . . . [and] that this matter should be ordered

20  returned to the state court."  First Amended Compl. 1-2.

21        Defendant Countrywide moved to dismiss the first amended complaint for failure to state a

22  claim.  The motion does not address the Court's jurisdiction.  After the motion was filed, plaintiff

23  secured representation, and through counsel has filed an opposition which states that plaintiff intends

24  to pursue only state law claims.  As such, it appears that this Court lacks subject matter jurisdiction and

25  that this case should be remanded to state court.  **The parties are therefore ORDERED TO SHOW**

26  **CAUSE, in writing filed no later than July 6, 2009, why this action should not be remanded to the**

27  **Superior Court for the County of Alameda, where this case was pending prior to removal.**  The

28  Court VACATES the June 26, 2009 hearing on defendant's motion to dismiss the first amended

**United States District Court**
For the Northern District of California

1    complaint.

2

3         **IT IS SO ORDERED.**

4

5    Dated: June 19, 2009

6                                                SUSAN ILLSTON
                                                 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2