IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE LAVENDER FONUA, | No. C 09-497 SI |
| Plaintiff, | **ORDER REMANDING CASE TO ALAMEDA SUPERIOR COURT** |
| v. | |
| FIRST ALLIED FUNDING, *et al.*, | |
| Defendants. | |

The Court has reviewed defendants' response to the Order to Show Cause Why Case Should Not Be Remanded, and does not find any basis for retaining jurisdiction over this case. Plaintiff's amended complaint alleges solely state law claims, and plaintiff has requested remand. This case is in the very early stages of litigation, and the Court finds that it is not in the interest of judicial economy for this case to remain in federal court. Accordingly, the Court REMANDS this case to the Superior Court for the County of Alameda.

**IT IS SO ORDERED.**

Dated: July 8, 2009

SUSAN ILLSTON
United States District Judge